RECEIPT # 51686
AMOUNT $ 150
SUMMONS ISSUED 1
LOCAL RULE 4.1 _____
WAIVER FORM _____
MCF ISSUED _____
BY DPTY. CLK. _____
DATE 11-12-03

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION

TO THE HONORABLE JUDGES OF THE UNITED STATES
DISTRICT COURT IN AND FOR THE DISTRICT OF MASSACHUSETTS

03 12242 GAO

PETITION OF NOLAN FISHERIES INC., FOR
EXONERATION FROM OR LIMITATION OF LIABILITY

MAGISTRATE JUDGE Alexander

This action is filed pursuant to Supplemental Rule F of the Federal Rules of Civil Procedure and 46 U.S.C. Section 183.

The petition of Nolan Fisheries Inc., for exoneration from or limitation of liability, in connection with the Fishing Vessel CONSTELLATION, in a cause of limitation of liability, civil and maritime, alleges on information and belief as follows:

First: The Fishing Vessel CONSTELLATION was and is owned solely by Nolan Fisheries Inc., a Massachsuetts corporation with a principal place of business within this District. On or about October 18, 2003, the vessel CONSTELLATION left New Bedford, Massachusetts and proceeded to the fishing grounds on the high seas. The said Fishing Vessel CONSTELLATION at the commencement of her voyage aforesaid was tight, strong, fully manned, equipped and supplied, and in all respects seaworthy and fit for the service in which she was engaged.

Second: On or about October 27, 2003, certain persons aboard the Fishing Vessel CONSTELLATION allegedly sustained personal injuries and have made claims for an unspecified amount.

Third: The injuries to the aforementioned persons on board were caused by an unknown source and petitioner denies that it was caused or contributed to by any negligence or fault on the part of the petitioner or of those for whom the petitioner is

responsible, and petitioner denies that any such loss, damage, injury and destruction was done, occasioned by, or occurred with any privity or knowledge of your petitioner.

Fourth: No suits, to petitioner's knowledge, have to date been brought for loss or damage resulting from the aforesaid casualty.

Fifth: The Fishing Vessel CONSTELLATION had a value after the incident of $600,000 with pending freight at the value of $32,158.77.

Sixth: The petitioner claims exemption from liability for any and all loss, destruction, damage and injury occasioned or incurred by or resulting from the aforementioned casualty and for all claims for damages that have been made or may hereafter be made, and by reason of the facts hereinbefore set forth, the petitioner desires in this proceeding to contest its liability and the liability of said vessel to any extent whatsoever for any and all loss, destruction, damage and injury caused by or resulting from the matters aforesaid.

Seventh: Not admitting but denying any liability of itself or of said vessel for any loss, destruction, damage and injury occasioned or incurred by reason of the matters aforesaid or subsequent damages resulting therefrom, the petitioner further claims the benefits of the Limitation of Liability provided by Sections 4283, 4284, 4285, and 4286 of the Revised Statutes of the United States Code, and the various statutes amendatory thereof and supplementary thereto, and to that end the petitioner is ready and willing to give a stipulation with sufficient surety for the payment into Court of the amount or value, if any, of its interest in the Fishing Vessel CONSTELLATION, together with her pending freight, if any, at the end of said voyage, whenever the same shall be ordered by this Court, as provided by the aforesaid statutes or by the Supplemental Admiralty Rules and the practice of this Honorable Court.

Eighth: All and singular the premises are true and within the admiralty and maritime jurisdiction of the United States and this Honorable Court.

WHEREFORE, your petitioner prays:

(1) That the Court cause due appraisement to be made of the amount or value of the petitioner's interest in the Fishing Vessel CONSTELLATION and her pending freight, if any.

(2) That the Court make an order directing the petitioner to file a stipulation with surety to be approved by the Court, for the payment into Court of the amount of the petitioner's interest in the said vessel whenever the Court shall so order or issue an order excusing the petitioner from furnishing a stipulation.

(3) That the Court make an order directing the issuance of a monition to all persons claiming damages for any and all loss, damage, or destruction done, occasioned or incurred by or resulting from the aforementioned casualty citing them to file with the clerk of this Court in said order and make due proof of their respective claims, and also to appear and answer the allegations of this petition according to the law and practices of this Court at or before a certain time to be fixed by the monition.

(4) That the Court make and order directing that on the giving of such a stipulation as may be determined to be proper, or the Court making an order excusing the petitioner from giving a stipulation, an injunction shall issue, restraining the prosecution of all actions, suits or other proceedings already begun to recover for damages, arising out of or occasioned by or consequent upon the aforementioned casualty as stated in the petition, and the commencement or prosecution hereafter of any suit, action or legal proceeding against the petitioner or the petitioner's agents, representatives, officers, or employees in respect of any claim or claims arising out of the aforesaid voyage and casualty.

(5) That the Court in these proceedings will adjudge that the petitioner is not liable to any extent for any loss, damage, injury or for any claim whatsoever in any way arising out of or in consequence of the aforementioned casualty above described, or if the petitioner shall be adjudged liable, then such liability shall be limited to the amount of its interest in the Fishing Vessel CONSTELLATION at the end of the voyage in which she

was engaged, if any, and that a decree may be entered discharging the petitioner from any and all further liability.

(6) That the petitioner may have such other or further relief as the justice of the cause may require.

> NOLAN FISHERIES INC.
> By its attorneys,
>
> *[signature]*
>
> Robert J. Murphy BBO # 557659
> Holbrook & Murphy
> 150 Federal Street
> Boston, MA 02090
> 617-428-1151

11/13/03